UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14475-CIV-ROSENBERG

DAVID POSCHMANN,

    Plaintiff,

v.

BETSY ROSS OWNER, LLC,

    Defendant.
_____/

## AFFIDAVIT OF COSTS

I, Lee D. Sarkin, state and affirm the following:

1. My name is Lee D. Sarkin.

2. The facts stated in this affidavit are within my personal knowledge and are true and correct. I have fully reviewed the supporting data in preparing this affidavit.

3. I am co-counsel for the Plaintiff David Poschmann.

4. To date, Plaintiff David Poschmann has incurred costs in this matter, including the following taxable costs:

    a. filing fee of $400.00;

    b. service of process fee of $50.00.

    Total Costs: $450.00.

5. The above requested costs were reasonably necessary to prosecute the case at the time of the action precipitating the cost that was taken.

**EXHIBIT A**

FURTHER AFFIANT SAYETH NOT.

_____
LEE D. SARKIN

STATE OF FLORIDA          )
                          )
COUNTY OF PALM BEACH      )

The foregoing instrument was acknowledged before me this 26th day of February, 2019, by Lee D. Sarkin, who is personally known to me or who produced _____ as identification and who did take an oath.

DREW M. LEVITT
MY COMMISSION # GG 019647
EXPIRES: October 1, 2020
Bonded Thru Budget Notary Services

_____
Printed name: _____

Notary Public, State of Florida

2