**From:** notification <notification@pay.gov>
**To:** dml2 <dml2@bellsouth.net>; lsarkin <lsarkin@aol.com>
**Subject:** Pay.gov Payment Confirmation: FLSD CM ECF
**Date:** Fri, Nov 16, 2018 5:13 pm

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 26DI8UMP
Agency Tracking ID: 113C-11168882
Transaction Type: Sale
Transaction Date: Nov 16, 2018 5:13:51 PM

Account Holder Name: Drew M. Levitt
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************5005

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Composite
EXHIBIT B

24 Hour Process LLC
3676 Collin Drive
Suite 1
West Palm Beach, FL 33406
Phone: (561) 705-2378
Fax: (561) 705-2498
81-1001384

**INVOICE**



**24 HOUR PROCESS**

LEE D. SARKIN, ESQ.
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

Invoice #JEG-2018002252
12/5/2018

Your Contact: LEE D. SARKIN
**Case Number: Palm Beach 18-CV-14475-RLR**

Original Date: 11/29/2018

Plaintiff:
**DAVID POSCHMANN**

Defendant:
**BETSY ROSS OWNER, LLC,**

Received: 11/19/2018   Served: 11/21/2018 2:45 pm   CORPORATE
To be served on: BETSY ROSS OWNER, LLC C T CORPORATION SYSTEM as its REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |
| 11/20/2018 | | | 50.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Balance is Due Upon Receipt
Please go to www.24hourprocess.Com to make a payment
If you have any questions about this invoice, please contact us at (561) 705-2378
Online payments are available at www.24hourprocess.Com
Thank you for your business!

Page 1 / 1