UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14475-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

BETSY ROSS OWNER, LLC,

        Defendant.
_____/

## PLAINTIFF'S VERIFIED MOTION FOR ATTORNEYS' FEES

Plaintiff, DAVID POSCHMANN, ("Plaintiff"), pursuant to 42 U.S.C. §12205 and Local Rule 7.3, hereby respectfully submits this Motion for an award of attorneys' fees ("Motion") incurred in bringing this action and obtaining a judgment for injunctive relief under Title III of the Americans With Disabilities Act, 42 U.S.C. §12181 et seq. against the Defendant, Betsy Ross Owner, LLC ("Defendant"). In support of this Motion, Plaintiff states:

1. Plaintiff submits this motion pursuant to Southern District of Florida Local Rule 7.3(a), and in accordance with the Final Judgment By Default Against Defendant Betsy Ross Owner, LLC dated February 12, 2019 [D.E. 16] which stated that Plaintiff is entitled to an award of attorneys' fees and costs and that the Court retained jurisdiction of this action to permit Plaintiff to file appropriate motions regarding the foregoing.

2. The time Plaintiff's counsel expended on this matter was reasonable given the amount of work performed in the case and the results secured. Plaintiff's counsel discussed Defendant's website in detail with Plaintiff, reviewed Defendant's website in detail, consulted with the applicable regulations and Department of Justice comments and guidance along with the Department of Justice's settlement with Hilton Hotels on similar issues when reviewing the

website and preparing the complaint, prepared the complaint specifying the regulations violated, moved for a default and then a default judgment, consulted with prior Department of Justice official positions in preparing the proposed final judgment and prepared the final default judgment along with the supplemental renewed motion ordered by the Court [D.E. 13]. Plaintiff also researched how to communicate with Defendant and its management, in light of Defendant's failure to participate in this action.

    4.    The rates charged by Plaintiff's attorneys in this case are fair and reasonable in the context of the market rates charged for comparable services pursuant to the method of analysis articulated in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1998), which is the leading case on the determination of the reasonableness of attorneys' fees in the Eleventh Circuit. See, e.g., *Columbus Mills, Inc. v. Freeland*, 918 F.2d 1575 (11th Cir. 1990). Additionally, the fees are reasonable in the context of the factors enumerated in Florida Bar Rule 4-1.5 where appropriate, including:

    a.    The time and labor required, the novelty, complexity, and difficulty of the questions involved, and the skill required to perform the legal services properly;

    b.    The likelihood that the acceptance of the particular employment would preclude other employment by the lawyers;

    c.    The fee customarily charged in the locale for similar legal services;

    d.    The amount involved and the results obtained;

    e.    The time limitations imposed by the clients or by the circumstances;

    f.    The nature and length of the professional relationship with the client;

    g.    The experience, reputation, and ability of the lawyers performing the services; and

  h.  Whether the fee is fixed or contingent.

  5.  The Affidavit of Lee D. Sarkin in support of an award of attorney's fees is attached hereto as Exhibit "A".

  6.  The itemized invoice from Plaintiff's counsel, attached hereto as Exhibit "B" describes in detail the number of hours counsel has expended on this case, the basis for those hours and the hourly rate charged.

  7.  Although more than one attorney worked on this action, the Plaintiff, however, seeks only to recover fees for the work performed by Mr. Sarkin. Mr. Sarkin has been licensed to practice law in Florida since 1992 and in Illinois since 2000. He is authorized to practice in the United States District Court For The Southern District of Florida, in the United States District Court For The Middle District of Florida, in the United States Court of Appeals for the Eleventh Circuit and in the United States District Court For The Northern District of Illinois. He has been a member of the trial bar of the United States District Court For The Northern District of Illinois since 2003. He has been counsel for either a plaintiff or a defendant in the United States District Court For The Southern District of Florida in over 560 cases, the vast majority of which are ADA cases.

  8.  The Plaintiff is also seeking an award of his costs pursuant to U.S. Southern District of Florida Local Rule 7.3(c) and pursuant to 42 U.S.C §1225, as described in the Plaintiff's Motion and Incorporated Memorandum in Support of his Bill of Costs previously filed [D.E. 18].

  9.  In light of the foregoing, Plaintiff seeks a judgment in the amount of $4,730.00, representing the total attorneys' fees and costs he has incurred in this action. This amount covers the work performed from start to finish on the case.

10. Plaintiff does not request a hearing on this Motion unless the Court believes a hearing would assist it in determining the Motion.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that his Motion be granted.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rules 7.1 .A.3, 7.3(a) and 7.3(b), Counsel for Plaintiff states that he has been unable to confer with Defendant who has defaulted, and who never appeared in this action and has no counsel of record.[1]

## VERIFICATION

I, Lee D. Sarkin, Esq., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and this declaration was executed in Palm Beach County, Florida on March 13, 2018.

                                                s/Lee D. Sarkin
                                                DREW M. LEVITT, ESQ.
                                                Florida Bar No: 782246
                                                E-mail: DML2@bellsouth.net
                                                LEE D. SARKIN, ESQ.
                                                Florida Bar No. 962848
                                                E-mail: Lsarkin@aol.com
                                                4700 N.W. Boca Raton Boulevard
                                                Suite 302
                                                Boca Raton, Florida 33431
                                                Telephone (561) 994-6922
                                                Facsimile  (561) 994-0837
                                                Attorneys For Plaintiff

---

[1] A copy of this Motion was sent by Fedex to Jonathan Plutzik, Managing Member of the defendant, at the location listed by the Florida Department of State, Division of Corporations, on wwww.sunbiz.org, which is the location of Defendant's hotel, on March 13, 2019, due to the undersigned being notified by C T Corporation System, the registered agent for defendant, on February 16, 2019, that its statutory representation services were discontinued by the defendant. Defendant has not responded to any of Plaintiff's communications.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

      s/Lee D. Sarkin
DREW LEVITT, ESQ.
DML2@bellsouth.net
Florida Bar No: 782246
LEE D. SARKIN, ESQ.
Lsarkin@aol.com
Florida Bar No. 962848
Attorneys for Plaintiff
4700 N.W. Boca Raton Blvd.
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Facsimile (561) 994-0837

## SERVICE LIST

Jonathan Plutzik, Managing Member
Betsy Ross Owner, LLC
1440 Ocean Drive
Miami Beach, FL 33139
via U.S. Mail