UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14475-CIV-ROSENBERG

DAVID POSCHMANN,

        Plaintiff,

v.

BETSY ROSS OWNER, LLC,

        Defendant.
_____/

## STATEMENT FOR LEGAL SERVICES
## POSCHMANN V. BETSY ROSS OWNER, LLC

| Date | Description | Hours |
|---|---|---|
| 11/13/18 | Conversation with client re problems with online reservation system/website for The Betsy South Beach | .3 |
| 11/14/18 | Analyze, print all pages/links of website and reservation system to confirm ADA compliant/non-ADA compliant elements | .5 |
| 11/14/18 | Confer with client re results of analysis | .3 |
| 11/15/18 | Review statute, regulations, Department of Justice (Consent Decree) Agreement with Hilton Hotels and Justice Department pronouncements relative to issues with Defendant's website/reservation system | .3 |
| 11/15/18 | Research licenses, fictitious names, etc, to ascertain identity of operator of hotel and website/ reservation system | .3 |
| 11/15/18 | Draft Complaint after researching any prior filings vs. Defendant | 1.0 |
| 11/16/18 | Finalize Complaint for filing, draft summons, draft civil cover sheet | .5 |
| 11/19/18 | Exchange e-mails with process server re service | .2 |
| 11/29/18 | Review e-mail from process server, review and file return of service and calendar | .2 |
| 11/30/18 | File Affidavit of Service | .1 |
| 12/14/18 | Review Order Requiring Certificate of Counsel Re Prior ADA Filings | .1 |
| 12/14/18 | Review Order Setting Status Conference, Calendar Call, Pretrial Deadlines, and Trial Date, Order of Requirements, Order of Reference to Magistrate and Order of Reference to Mediation and calendar | .3 |
| 12/17/18 | Review Order Setting Discovery Procedures | .2 |
| 12/18/18 | Draft Verified Certificate of Counsel Re Prior ADA Filings | .2 |
| 12/24/18 | Draft Motion For Clerk 's Default and Proposed Default | .4 |
| 12/26/18 | Review Clerk's Default | .1 |
| 01/15/19 | Research ownership of hotel, research possible locations to reach Defendant, through its management/ownership, by identifying managing member and existing home address through property appraiser, sent copy of Complaint and Default to Managing Member, Plutzik's home | |



EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| | address | .7 |
| 01/24/19 | Review Order On Default Final Judgment Procedure | .2 |
| 01/29/19 | Draft Verified Motion For Final Judgment By Default, proposed Order and proposed Final Judgment, consult D.O.J. Hilton Consent Decree, regulations and Department of Justice guidance/comments thereto | .8 |
| 01/30/19 | E-mail to Judge Rosenberg re proposed Order on Default Judgment | .1 |
| 01/30/19 | Sent copy of filed Motion For Default Judgment, e-mail to Judge and proposed Order and Final Judgment to CT Corporation, R.A. | .2 |
| 02/05/19 | Review Order re requirement for Order with legal analysis, conf. client | .3 |
| 02/07/19 | Draft Order with legal analysis, revise Motion For Final Judgment By Default | 1.0 |
| 02/08/19 | Draft E-mail to Judge enclosing proposed Order and Final Judgment | .1 |
| 02/08/19 | Sent copy of filed Renewed Motion For Final Default Judgment and e-mail to Judge with proposed Order and Final Judgment to CT Corporation | .1 |
| 02/12/19 | Review Final Judgment By Default | .2 |
| 02/26/19 | Review filing of discontinuance of statutory representation services by CT Corporation | .1 |
| 02/26/19 | Draft Verified Motion For Costs | .4 |
| 03/10/19 | Finalize/redact (re privilege) billing entries and prepare affidavit in support of motion for fees | .8 |
| 03/11/19 | Draft motion for fees | .7 |

Total Hours: 10.7

Total Fees: $4,280.00